FILED
2018 Dec-11 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT
### for the
### Northern  District of Alabama

2018 DEC -7  A 10: 35

U.S. DISTRICT COURT
N.D. OF ALABAMA

Darla Rene Moore

_____
Plaintiff

(Write your full name. No more than one plaintiff may be named
in a pro se complaint.)

-v-

Phoenix (Redstone Arsenal)

_____
Defendant(s)

(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  5:18-cv-2016-MHH
(to be filled in by the Clerk's Office)

Jury Trial:  (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.**     **The Parties to This Complaint**

    **A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

Name                Darla Rene Moore
Street Address      2215 Gala Drive
City and County     Huntsville  Madison
State and Zip Code  Alabama  35810
Telephone Number    256 417 3400
E-mail Address      darla.moore12@yahoo.com

Page 1 of 7

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

_____          _____
**Date**                          **Participant Signature**

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
    Name    Phoenix (Redstone Arsenal)
    Job or Title *(if known)*    non profit Organizations
    Street Address    2939 Johson Road
    City and County    Huntsville, Madison
    State and Zip Code    Ala 35805
    Telephone Number    256 880 0471
    E-mail Address *(if known)*

Defendant No. 2
    Name    Alexis Fitzsimmons
    Job or Title *(if known)*    Crew Lead
    Street Address    143 # 3 Winchester Rd
    City and County    Huntsville Madison
    State and Zip Code    Ala 35761
    Telephone Number    unk
    E-mail Address *(if known)*    Unk

Defendant No. 3
    Name
    Job or Title *(if known)*
    Street Address
    City and County
    State and Zip Code
    Telephone Number
    E-mail Address *(if known)*

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address *(if known)* _____

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name _____

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

### II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

*Alabama*

☐ Relevant state law *(specify, if known)*:

*Huntsville, Wi Jackson*

☐ Relevant city or county law *(specify, if known)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☐   Termination of my employment.

☑   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☐   Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

*June 11, 2018 @ 3⁵⁰ᵖ ∨ * June 12, 2018 @ 8⁴⁰ᵖ*

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐    race _____

☐    color _____

☑    gender/sex    *She's Bi sexual*

☐    religion _____

☐    national origin _____

☐    age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

*July 12, 2018*

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* *Sept 12 + 19, 2018*

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

EEOC Charge NO#
420-2018-02742      Plus Court Cost & Atty fees

1) Compensatory Damages $50,000      5) Mental Anguish $50,000
2) Punitive Damages $100,000          6) Mental Stress $50,000
3) Discrimination Damages $100,000    7) Economic Damages $50,000
4) Emotional Pain $50,000             8) Non Economic Damages $50,000

over
on back

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   Dec 4, 2018

Signature of Plaintiff   Darla Moore

Printed Name of Plaintiff   Darla Moore

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.      For Attorneys**

Date of signing: _____

Signature of Attorney          _____

Printed Name of Attorney     _____

Bar Number                        _____

Name of Law Firm              _____

Street Address                    _____

State and Zip Code             _____

Telephone Number             _____

E-mail Address                   _____

V. Relief

EEOC Charge No #              Plus Court Cost
420 - 2018 - 03775             Atty fees

1) Compensatory Damages    $ 50,000
2) Punitive Damages             $ 100,000
3) Retalitions                         $ 100,000
4) Emotional Pain                  $ 50,000
5) Mental Anguish                 $ 50,000
6) Mental Stress                    $ 50,000
7) Economic Damages           $ 50,000
8) Non Economic Damages    $ 50,000
9) loss of Job advancement $ 100,000

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Darla R. Moore<br>2218 Gala Drive Northwest<br>Huntsville, AL 35810 | From: Birmingham District Office **FILED**<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 DEC -7 A 10: 35 |
|---|---|

U.S. DISTRICT COURT
N.D. OF ALABAMA

| ☐ | On behalf of person(s) aggrieved whose identity is<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No.<br>**420-2018-02742** | EEOC Representative<br>**MICHELE R. HARRIS,**<br>**Investigator** | Telephone No.<br>**(205) 212-2071** |
|---|---|---|

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

| ☐ | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
|---|---|
| ☐ | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| ☐ | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| ☐ | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| **X** | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| ☐ | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| ☐ | Other *(briefly state)* |

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**BRADLEY A. ANDERSON,**
**District Director**

SEP 1 2 2018

*(Date Mailed)*

Enclosures(s)

cc:   **PHOENIX**
**c/o Taffi Stewart**
**LLOYD, GRAY, WHITEHEAD & MONROE, P.C.**
**880 Montclair Road, Suite 100**
**Birmingham, AL 35213**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 420-2018-02742 |

| null | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>Ms. Darla R Moore | Home Phone<br>(256) 337-8461 | Year of Birth |
|---|---|---|
| Street Address                              City, State and ZIP Code<br>2218 Gala Drive Northwest, HUNTSVILLE, AL 35810 | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>PHOENIX (REDSTONE ARSENAL) | No. Employees, Members<br>501+ | Phone No.<br>(256) 880-0671 |
|---|---|---|
| Street Address                              City, State and ZIP Code<br>2939 Johnson Rd SW, HUNTSVILLE, AL 35805 | | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address                              City, State and ZIP Code | | |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest      Latest<br>06-12-2018   06-12-2018<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female. I have been employed with the above named employer since December 2017. I work in janitorial services. On June 12, 2018, I was working with a crew leader, Alexis Fitzsimmons. During our shift, Ms. Fitzsimmons touched me inappropriately. I filed a complaint with management regarding the action taken by Ms. Fitzsimmons. A meeting was conducted after filing the complaint between myself, the Operations Manager, the Project Manager and the Union Steward; they all tried to convince me to recant my story, but I did not. Additionally, I filed a police report against Ms. Fitzsimmons. After filing my complaint, Ms. Fitzsimmons was moved to the day shift and I am on the night shift.

I believe that I have been discriminated against on the basis of sex, female, in violation of Title VII of the Civil Rights Act of 1964.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Darla Moore on 07-12-2018 12:36 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Darla R. Moore<br>2218 Gaia Drive Northwest<br>Huntsville, AL 35810 | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 420-2018-03775 | ALICIA E. MARTIN-SCHUTZ,<br>Investigator | (205) 212-2072 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**BRADLEY A. ANDERSON,**
**District Director**

SEP 1 9 2018
*(Date Mailed)*

Enclosures(s)

cc:
**David Perez**
**CEO/President**
**PHOENIX**
**2939 Johnson Rd**
**Huntsville, AL 35805**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2018-03775 |

| null | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Darla R Moore | (256) 337-8461 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2218 Gala Drive Northwest, HUNTSVILLE, AL 35810 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PHOENIX | | (256) 880-0671 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2939 Johnson Road, HUNTSVILLE, AL 35805 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | Earliest: 07-12-2018    Latest: 08-20-2018<br><br>☒ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began employment with the above-named employer in or around December 2017 and I am currently employed in Janitorial Services. On or about July 12, 2018, I filed EEOC charge # 420-2018-02742. Subsequently, my employer took the following retaliatory employment actions against me: My DMV check, necessary for the Lead position, has still not been completed; I had to inquire multiple times about my time and attendance record before receiving an answer; and since August 20, 2018, Supervisor Ramos has instructed my Lead, Thomas Sawyer, to single me out for criticism, despite my team's 99.23% grade for the month.

No reason has been given for the disparate treatment that I am experiencing.

I believe that I am being discriminated against for filing EEOC charge # 420-2018-02742, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Digitally signed by Darla Moore on 08-31-2018 11:57 AM EDT | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |



# HUNTSVILLE UTILITIES
ELECTRICITY • NATURAL GAS • WATER

**Customer Name**
DARLA RENEE MOORE

**Service Address**
6835 RESEARCH PARK BLV NW UNIT B203
HUNTSVILLE AL 35806

| | |
|---|---|
| Customer Number | 1101085102 |
| Account Number | 221010205750 |
| Bill Date | 10/17/18 |
| Due Date | 11/01/18 |

**Dates above apply to current charges and not to balance forward.**

FILED

*Be the one who cares . . . Contribute to Project Share.  Sign up for recurring monthly donations at www.hsvutil.org or call 256-535-1200, 7:00 a.m. - 7:00 p.m. Monday-Friday.

2018 DEC -7 A 10: 35

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| Previous Bill Amount | $81.54 |
| Payments | $0.00 |
| Balance Forward | $81.54 |
| Electric | $60.58 |
| Tax | $2.42 |
| Total Current Charges | $63.00 |
| **Total Due** | **$144.54** |
| After Due Date | $147.69 |

## Meter Reading Details    Degree Days: Past 491    Present 229

| Service Type | Meter Number | Read Type | Previous Read Date | Previous Reading | Present Read Date | Present Reading | No. of Days | Monthly Usage | Billed Usage |
|---|---|---|---|---|---|---|---|---|---|
| Electric | 267452 | Actual | 09/15/2018 | 17833 | 10/17/2018 | 18411 | 32 | 578 | 578 KWH |



Please return this portion with your payment.

# HUNTSVILLE UTILITIES
ELECTRICITY • NATURAL GAS • WATER





#    000001770              I=0000

1770 1 AV 0.375

    DARLA RENEE MOORE
6835 RESEARCH PARK BLVD NW APT B203
HUNTSVILLE AL 35806-2934



| | |
|---|---|
| Customer Number | 1101085102 |
| Account Number | 221010205750 |
| Bill Date | 10/17/18 |
| Due Date | 11/01/18 |
| Total Due | 144.54 |
| After Due Date | 147.69 |
| Project Share | |
| Total Amount Paid | |

Pay online, by phone, or mail payment to:
Huntsville Utilities
Huntsville, AL 35895

221010205750000001445400000000000000

**Tax Credit HHA**

| | | | |
|---|---|---|---|
| | Receipt No | CR014956 | S/D | 0.00 |
| | Date | 11/13/2018 | Pet | 0.00 |
| | Type | MO | Rent | 596.00 |
| | 25223890768 | | Maint | 0.00 |

062-00027-4

MOORE DARLA R

6835 Research Park Blvd., Apt. B-203

Huntsville AL 35806

| | |
|---|---|
| Other | 0.00 |
| Util | 0.00 |
| Retro | 0.00 |
| CJP | |
| **Total Charges:** | 596.00 |
| **Installment Plan Balance:** | 0.00 |

| Total Due | Total Paid | Change Returned | Amount Tendered | Current Balance |
|---|---|---|---|---|
| 596.00 | 612.00 | 0.00 | 612.00 | -16.00 |

**Robert and Roy:**

**Yvonne Called from Bldg. 3155.  Phone 256-876-6595**

**She said they are having issues with their garbage needing to be picked up on the first floor**

**Please call her when you come in today. Thank you.**

**Sandy**

```
ONSITE PLUS SERVICE            (CAS) CASHIERING              08OCT18 16:14

RO: 593859      TAG: T1449R   SA: 333     17 CHEVROLET MAL VIN: 1G1ZB5ST7HF131935
NAME: MOORE,DARLA       PMT: CASH     MILEAGE:   23878      OPENED DATE: 12JUL18
RO STATUS: ALL LAB. POSTED        PROMISED: 12JUL18 17:00   OPENED TIME:   15:20
REMARKS:                                                    WAR EXP DATE: 02NOV19
CUSTOMER PAY REPAIR TOTALS

               LABOR:       0.00        PO NUMBER:
              PARTS:        0.00        TRAN TYPE:
             SUBLET:     1026.00        METHOD OF PAYMENT(S)
               LUBE:        0.00        TYPE           AMOUNT
      MISCELLANEOUS:        0.00        CASH
        SHOP CHARGE:        0.00
                TAX:       53.86
         DEDUCTIBLE:        0.00

   CUSTOMER PAY TOTAL:    1079.86
```

PURCHASE ORDER NUMBER :

@ This present time my car is still @ Edward's Chevrolet in Birmingham Al & I'm falling behind on the payment while trying to get my car back plus $500.00 deductable

# CHEVYMAN
## Chevrolet

**FACE PAGE**
# RENTAL AGREEMENT

| RO# | Unit# | RA# |
|---|---|---|
| 593859 | JF219657R | 4093 |

## CUSTOMER INFORMATION

Customer **DARLA MOORE**

Home Address **2218 GALA DR NW**   N/A

| City | State | Zip |
|---|---|---|
| HUNTSVILLE | AL | 35810 |

| Driver's License No. | State | Expires |
|---|---|---|
| ▮ | AL | 01/12/2019 |

Birth Date ▮   Home Telephone **(256) 471-3400**

| Additional Driver's Name | Birth Date |
|---|---|
| NONE | |

| Driver's License No. | State | Expires |
|---|---|---|
| | | |

| Additional Driver's Name | Birth Date |
|---|---|
| NONE | |

| Driver's License No. | State | Expires |
|---|---|---|
| | | |

### DEALER INFORMATION

Name **Edwards Chevrolet**

Address **1400 3rd Ave**

| City | State | Zip |
|---|---|---|
| Birmingham | AL | 35203 |

Phone **(205) 716-3300**

## CUSTOMER VEHICLE INFORMATION

| License No. | State |
|---|---|
| | |

VIN

Year/Make/Model/Color

## CUSTOMER INSURANCE INFORMATION

| Insurer | Agent |
|---|---|
| ALFA | BLAKE WHITE |

| Policy No. | Expiration Date | Telephone |
|---|---|---|
| 19000143520 | 01/05/2019 | (256) 851-9051 |

## RENTAL VEHICLE INFORMATION

| Date and Time IN | 08/08/2018 | 10:38 AM |
|---|---|---|
| Date and Time OUT | 07/12/2018 | 03:26 PM |
| Date and Time DUE IN | 07/13/2018 | 05:00 PM |

| Vehicle VIN | 1G1ZB5STXJF219657 |
|---|---|
| Vehicle Description | 2018 CHEVROLET   MALIBU SILVER |
| Mileage IN | 4638 |
| Mileage OUT | 1393 |
| Miles Driven | 3245 |
| Miles Allowed | 999 |
| Chargeable Miles | |

### FUEL

| | OUT | IN |
|---|---|---|
| | F | F |
| | 3/4 | 3/4 |
| | **X** 1/2 | **X** 1/2 |
| | 1/4 | 1/4 |
| | E | E |

## DAMAGE DESCRIPTION

Condition Out:

Initials _____

Condition In:

## RATES DO NOT INCLUDE FUEL

| | RENTAL CHARGES |
|---|---|
| MILES: ____ @ 0.00 ¢ | 0.00 |
| DAYS: 27 @ $ 38.00 | 1026.00 |
| **TOTAL TIME AND MILEAGE CHARGES** ➔ | 1026.00 |
| TAXABLE FUEL ____ GAL. @ $ ____ | 0.00 |
| | 0.00 |
| **TAXABLE SUB-TOTAL** ➔ | |
| TAX @ 0.00 % | 0.00 |
| NON-TAXABLE FUEL ____ GAL. @ $ ____ | |
| NET DUE CUSTOMER DEPOSIT / REFUND / OTHER | |
| **SUB-TOTAL** | 1026.00 |
| **TOTAL CHARGE** ➔ | 1026.00 |

### METHOD OF PAYMENT

$ ____    ☐ AMEX
☐ CHECK   ☒ MC
____ / ____ EXPIRES   ☐ VISA
# XXXXXXXXXXXX1118   ☐ OTHER
☐ CARD VERIFIED

**REFUNDED**

$ ____

CUSTOMER INITIALS

X

*[handwritten:]* This is the rental agreement after my car engine blowed on 7/12/18 after my appt with EEOC

**By signing below, you: agree to the terms and conditions of this Agreement set forth on the Face Page and in the Terms and Conditions; acknowledge that you had an opportunity to read the Agreement before signing; authorize us to process a separate credit/debit card voucher in your name for all Charges, including Tolls and Violations; authorize us to release your billing/rental information to third parties for billing/processing purposes; and agree that binding consideration exists, as further described in Section 2 of the Terms and Conditions of this Agreement.**

_____

**Customer**
**ALL CHARGES SUBJECT TO FINAL AUDIT**

CTP-1 MST RA 120114       *White:* Dealer Copy   *Canary:* Customer Copy   *Pink:* RO Copy

# KERRI JOHNSON RILEY, P.C.

ATTORNEYS AT LAW

YARBROUGH OFFICE CENTER
120 HOLMES AVENUE, SUITE 403
HUNTSVILLE, ALABAMA 35801

KERRI JOHNSON RILEY

TELEPHONE (256) 535-0800
FACSIMILE (256) 535-0834

September 11, 2018

Darla Moore
2218 Gala Drive
Huntsville, AL 35810

      RE:    EEOC Charge of Discrimination

Dear Ms. Moore:

I understand that you came to the office earlier today, without an appointment, and with a concern that you had not yet received a notice of right to sue, although apparently you have been told that a determination has been made on the EEOC charge that you filed on your own, and a notice of right to sue is coming in the mail.

Unfortunately, you have not given me a copy of your charge, and I do not have access to the information that you should have been given by the EEOC to access the specific electronic file pertaining to your charge. We did look at the public EEOC portal, and it reflects that on August 16, 2018, a no cause finding was issued on your charge. I do not understand why you have not received a notice of right to sue, but law exists that says that once a claimant actually knows that the processing and investigation of their charge has been terminated, and a right to sue is given, the time to sue starts running, even if the claimant never gets a copy of an official notice of right to sue.

You have 90 days to file suit once you have actual notice of your right to sue. You may have been given actual notice under the circumstances, so if you intend to sue on this charge, you should seek out another attorney right away, and well before 90 days from August 16, 2018.

As you may remember, I do not believe that it is economically feasible for me to pursue a lawsuit on your behalf on a contingency fee basis, based upon the facts and circumstances you complained about when you first met with me. Later, you complained of retaliation, and filed a second charge on that basis, but as I understand, no notice of right to sue has been given on that charge as yet.

Ms. Moore
September 11, 2018
Page 2

     I am sorry that I cannot be of help to you at this time. If you wish to pursue a lawsuit on a contingency fee basis based upon your EEOC charge, you should seek out another lawyer without delay.

Very truly yours,

Kerri Johnson Riley

/KJR

# WIGGINS CHILDS
# PANTAZIS FISHER
# GOLDFARB
Advocates & Litigators

November 28, 2018

ROBERT L. WIGGINS, JR
DENNIS G. PANTAZIS
ANN K WIGGINS
SAMUEL FISHER
DEBORAH A. MATTISON
JON C. GOLDFARB
GREGORY O. WIGGINS
ROCCO CALAMUSA, JR.
BRIAN CLARK
RUSSELL W. ADAMS
CRAIG L. LOWELL
CANDIS A. McGOWAN
TEMPLE D. TRUEBLOOD
H. WALLACE BLIZZARD
KEVIN W. JENT
JENNIFER WIGGINS SMITH
ROBERT J. CAMP
RACHEL LEE McGINLEY
JOSHUA R. GALE *
L. WILLIAM SMITH
D. G. PANTAZIS JR
SIDNEY JACKSON
PATRICK L. PANTAZIS
LACEY DANLEY
EVAN D. PANTAZIS
CHRISTINA MALMAT

ERIC C. SHEFFER
STAFF ATTORNEY

SANDRA DUCA
TIMOTHY B. FLEMING *
TERRILL W. SANDERS
OF COUNSEL
Not Licensed in Alabama *

ROBERT L. CHILDS, JR.
(1947-2018)

**VIA REGULAR US MAIL**
Ms. Darla Moore
2218 Gala Drive NW
Huntsville, AL 35810

*Re:*    ***Darla Moore v. Phoenix***
       ***EEOC Charge Nos: 420-2018-02742 & 420-2018-03775***

Dear Ms. Moore:

Please find enclosed a copy of the EEOC's investigative files into your charges of discrimination (Charge Nos. 420-2018-02742 & 420-2018-03775). As I told you in our meeting on November 16, 2018, I will not be able to file a lawsuit on your behalf in this matter for the reasons we discussed.

If you decide to proceed with filing a lawsuit in U.S. District Court for the Northern District of Alabama, you must file your Complaint no later than **December 11, 2018** for your first EEOC charge and no later than **December 18, 2018** for your second EEOC charge. If you do not file your Complaint by these dates, you will be barred from doing so.

I am still waiting to hear back from Taffi Stewart, Phoenix's attorney, regarding finding you a new position. I will contact you as soon as I hear back from her. If you have any questions or wish to discuss this further, please give me a call.

Very truly yours,

Rocco Calamusa, Jr.

RCjr/kga

enclosures

An Alabama Limited Liability Company
The Kress Building • 301  9ᵗʰ Street North • Birmingham, AL 35203
205-314-0500 main • 205-254-1500 fax
WASHINGTON, D.C • DELAND, FLORIDA
wigginschilds.com

Run Date: 11/2/2018 09:15 AM

Page 1 of 1

# Appointment Reminder

Huntsville/Madison County Mental Health
4040 Memorial Parkway South
Huntsville, AL  35802

## MOORE,DARLA  (66846)

| Date | Start Time | Site | Practitioner | Service | Group |
|------|-----------|------|-------------|---------|-------|
| 11/02/2018 | 08:00 AM | Mental Health Center of Madison C | JANET LONG | Individual Therapy | |
| 11/06/2018 | 11:45 AM | Mental Health Center of Madison C | MARINA NEDOSPASOVA | Physician Medical Treatment | |
| 12/07/2018 | 09:00 AM | Mental Health Center of Madison C | JANET LONG | Individual Therapy | |

Please arrive 15 minutes before your appoinment.
If you need to cancel, call the office at least 24 hours before your appointment.

Run Date: 11/6/2018 12:17 PM

Page 1 of 1

# Appointment Reminder

Huntsville/Madison County Mental Health
4040 Memorial Parkway South
Huntsville, AL 35802

## MOORE,DARLA  (66846)

| Date | Start Time | Site | Practitioner | Service | Group |
|------|-----------|------|--------------|---------|-------|
| 11/06/2018 | 11:45 AM | Mental Health Center of Madison C | MARINA NEDOSPASOVA | Physician Medical Treatment | |
| 12/07/2018 | 09:00 AM | Mental Health Center of Madison C | JANET LONG | Individual Therapy | |
| 05/03/2019 | 10:00 AM | Mental Health Center of Madison C | MARINA NEDOSPASOVA | Physician Medical Treatment | |

Please arrive 15 minutes before your appoinment.
If you need to cancel, call the office at least 24 hours before your appointment.

| 11/06/2018 | Lexapro- 10 MG TAB, PO. Take one (1) tablet by mouth every morning | 05/04/2019 | X ↻ Δ |
| 11/06/2018 | SEROquel- 50 MG TAB, PO. Take one (1) tablet by mouth at bedtime | 05/04/2019 | X ↻ Δ |